the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. L. F. Vance, pro se. Mr. John T. Evans* for respondent.

---

No. 587. JOHN A. VESEY *v.* V. K. IRION, COMMISSIONER OF CONSERVATION, ET AL. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Messrs. R. C. Milling* and *Eugene B. Saunders* for petitioner. No appearance for respondents.

---

No. 590. COLUMBUS ELECTRIC & POWER COMPANY AND S. MORGAN SMITH COMPANY *v.* ALLIS-CHALMERS MANUFACTURING COMPANY AND WILLIAM M. WHITE. November 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Robert C. Alston* and *Hubert Howson* for petitioners. *Messrs. Clifton V. Edwards, George F. De Wein* and *J. Blanc Monroe* for respondents.

---

No. 591. PERCIVAL WILDS, TRUSTEE, *v.* LEBANON NATIONAL BANK. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Messrs. Caruthers Ewing* and *Bertram F. Shipman* for petitioner. *Mr. John E. Joyce* for respondent.

---

No. 593. CALIFORNIA HIGHWAY INDEMNITY EXCHANGE *v.* MARIE KRUGER. November 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. Ellwood P. Morey* for petitioner. *Mr. Edwin J. Baumberger* for respondent.